IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STETSON WILLIS,                )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       2:26cv364-MHT
                               )          (WO)
JOHN SHEARON, et al.,          )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in the Chilton County Jail in Clanton, Alabama, filed this lawsuit contending that defendants sheriff and officials have violated his rights by allowing the widespread growth of black mold in inmate living areas, failing to provide cleaning supplies for the mold, providing an insufficient amount of food and insufficient medical and mental-health care to inmates, and failing to use a classification system for housing mentally ill inmates. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed

without prejudice for failure to comply with a notice directing plaintiff to pay the filing fee or file a motion to proceed in forma pauperis. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2